UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL A. JONES,

                Petitioner,

      -against-

ANTIONETTE CORT,

                Respondent.

1:24-CV-6646 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

In a November 6, 2023 order in *Jones v. McCormack*, 1:23-CV-8296 (LTS) (S.D.N.Y), the Court barred Petitioner "from filing future *habeas corpus* petitions challenging his ongoing criminal proceedings, arising from a September 14, 2021 arrest, [*in forma pauperis* ("IFP")] in this court without first obtaining from the court leave to file." (ECF 1:23-CV-8296, 13, at 1-2.)

Petitioner files this new *pro se* petition for a writ of *habeas corpus* under 28 U.S.C. § 2241 arising from his September 14, 2021 arrest, seeks IFP status, and has not sought leave from the court. The Court therefore denies the petition and dismisses this action without prejudice for Petitioner's failure to comply with the November 6, 2023 order in *Jones*, 1:23-CV-8296 (LTS).

Because Petitioner makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter a judgment dismissing this action for the reason set forth in this order.

SO ORDERED.

Dated:   September 23, 2024
          New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      Chief United States District Judge